**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 PROCEEDINGS |
| Jimmie Ellis | ) CASE NO. 20-19913 |
| | ) JUDGE, Barnes |
| DEBTOR(S) | ) TRUSTEE, Marshall |

**NOTICE OF OBJECTION**

PLEASE TAKE NOTICE that on February 24 2021 that I have filed a Notice of Objection as to the Notice of Motion and Motion to Dismiss docket number 30.

    /s/ Bennie W. Fernandez
    Bennie W. Fernandez

FERNANDEZ & GRAY
Attorney for Debtor
108 Madison - 2nd Floor
Oak Park, Illinois 60302
(708) 386-1812

Notice of Filing

TO:  Marilyn O Marshall  Trustee, 224 S Michigan Street Suite 800, IL 60604
     See Attached List

PLEASE TAKE NOTICE that on February 24, 2021 I shall cause the Notice of Objection as to the Notice of Motion and Motion to Dismiss docket number 30 to be filed with the Clerk of the United States Bankruptcy Court located at 219 S Dearborn Chicago, IL 60604

    /s/ Bennie W. Fernandez
    Bennie W. Fernandez

CERTIFICATION OF SERVICE

      I, BENNIE W. FERNANDEZ, an Attorney certify that I caused the foregoing Notice referred to therein by mailing a copy to each person in whom it is directed at the addresses indicated above and/or attached hereto via electronic notice through the ECF system, or by depositing the same in the U.S. Mail depository at 108 Madison Oak Park, Illinois 60302 with proper postage prepaid before the hour of 5:00p.m. on the 24th day of February, 2021.

                                      /s/ Bennie W. Fernandez
                                      Bennie W. Fernandez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-19913<br>Northern District of Illinois<br>Eastern Division<br>Wed Feb 24 12:39:14 CST 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | BT LIens LLC<br>c/o Tingate Jue<br>1221 Millet St<br>Naperville, IL 60563-2753 |
| BT Liens<br>6474 Cape Cod CT<br>Lisle, IL 60532-3212 | BT Liens LLC<br>c/o William Budicin<br>6474 Cape Cod Ct<br>Lisle, IL 60532-3212 | Bank of New York Mellon Trust Company, N.A.<br>Compu- Link Corporation D/B/A Celink<br>Attn: Bankruptcy Department<br>101 West Louis Henna Blvd Ste #450<br>Austin, TX 78728-1235 |
| CIT Bank, N.A.<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 | Calvary SPV LLC<br>508 Summit Lake Dr<br>Ste 400<br>Valhalla, NY 10595 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602-1264 |
| City of Chicago Water Dept<br>333 S State<br>Chicago, IL 60604-3900 | Codilis Assoc.<br>15 W 030 N Frontage<br>Suite 100<br>Burr Ridge, IL 60527 | Comenity Capital/mprc<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Cook County Land Bank Authority<br>69 W. Washington Street<br>Suite 2938<br>Chicago, IL 60602-3060 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | First National Bank<br>Attn: Tina<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 |
| (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Global Payments<br>Po Box 66118<br>Chicago, IL 60666-0097 | Intercoastal Equity LLC<br>1014 Norththrope Drive<br>Atlanta, GA 30324-4204 |
| Intercoastal Equity LLC<br>c/o CT Corporation System<br>208 S. LaSalle Street - Ste. 814<br>Chicago, IL 60604-1101 | Intercoastal Equity LLC<br>c/o Ravi J. Mallik<br>1014 Northrope Drive<br>Atlanta, GA 30324-4204 | Kluever & Platt<br>150 N Michigan<br>Suite 2600<br>Chicago, IL 60601-8500 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Manley Deas Kochalski LLC<br>P.O. box 165028<br>Columbus, OH 43216-5028 | Manufacturers and Traders Trust<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Manufacturers and Traders Trust Company<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Midnight Velvet<br>Swiss Colony/Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 | NewRez DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SMM-Tax Inc<br>Mark Wubbolding<br>393 Addison Rd<br>Riverside, IL 60546-2038 | SMM-Tax Inc<br>Samuel Tornaturo<br>402 Midwest Club Prkwy<br>Oak Brook, IL 60523-2528 |
| SMM-Tax inc<br>c/o Matthew Connelly<br>312 N Clark - Ste 2200<br>Chicago, IL 60654-4702 | Sabre Investements LLC<br>120 W Madison Street<br>Suite 918<br>Chicago, IL 60602-4157 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| St Bk Of Tx<br>11950 Webb Chapel Road<br>Dallas, TX 75234-7724 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Glenda J. Gray<br>Fernandez & Gray<br>108 W. Madison - 2nd Floor<br>Oak Park, IL 60302-4251 |
| Jimmie L. Ellis<br>10112 S. Calhoun Avenue<br>Chicago, IL 60617-5355 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Mtg<br>P.o. Box 24696<br>Columbus, OH 43224 | First National Bank of Omaha<br>1620 Dodge St<br>Stop Code 3105<br>Omaha, NE 68197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of New York Mellon Trust Company, N.A<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge60527 | (u)Manufacturers and Traders Trust Company | (u)Manufacturers and Traders Trust Company, a |
| (d)Manufacturers and Traders Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |