IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Jimmie Ellis,

Debtor.

Hon. Timothy A. Barnes

Case No. 20-19913
Chapter 13

Hearing Date:  5/20/2021
Hearing Time:  2:30 p.m.

## Notice of Objection

The City of Chicago objects to Debtor's Motion to Approve Sale of Real Estate [Docket 44].

Respectfully submitted,

Celia Meza
Corporation Counsel
Jaime Dowell (ARDC# 6281312)
Assistant Corporation Counsel
Chicago Department of Law
121 N. LaSalle St., Suite 400
Chicago, IL  60602
Tel:   (312) 742-0056
Email: jaime.dowell@cityofchicago.org

THE CITY OF CHICAGO

Celia Meza
Corporation Counsel

By: /s/ Jaime Dowell
Assistant Corporation Counsel

## **CERTIFICATE OF SERVICE**

I, Jaime Dowell, an attorney, hereby certify that on May 18, 2021, I caused a copy of this Notice of Objection to be served via the court's electronic noticing system for Registrants on the parties identified below

/s/ Jaime Dowell

Glenda J. Gray           bfernandezggray@gmail.com
Marilyn O. Marshall      courtdocs@chi13.com
Patrick S. Layng         USTPRegion11.ES.ECF@usdoj.gov