Case 20-19913   Doc 139   Filed 01/26/22   Entered 01/26/22 15:22:21   Desc Main
Document    Page 1 of 23

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**01/26/2022**

**JEFFREY P. ALLSTEADT, CLERK**

☑ Check if this is an
amended filing

Fill in this information to identify your case:

Debtor 1    Jimmie    Lee    Ellis
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the   Northern   District of   Illinois

Case number   20-199-13
(if known)

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

☑ No. Go to Part 2.

☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | |
|---|---|
| **2.1** | Last 4 digits of account number ___ ___ ___ ___   $ *N/A*   $ *N/A*   $ *N/A* |
| Priority Creditor's Name | When was the debt incurred? _____ |
| Number    Street | As of the date you file, the claim is: Check all that apply |
| | ☐ Contingent |
| City    State    ZIP Code | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

| | |
|---|---|
| **2.2** | Last 4 digits of account number ___ ___ ___ ___   $ *N/A*   $ *N/A*   $ *N/A* |
| Priority Creditor's Name | When was the debt incurred? _____ |
| Number    Street | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| City    State    ZIP Code | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1 ___Jim___ ___Lee Ellis___    Case number (if known) _20-199-13_

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**Priority Creditor's Name**

Last 4 digits of account number ___    $_N/A_  $_N/A_  $_N/A_

Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Priority Creditor's Name**

Last 4 digits of account number __ __ __ __    $_N/A_  $_N/A_  $_N/A_

Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Priority Creditor's Name**

Last 4 digits of account number __ __ __ __    $_N/A_  $_N/A_  $_N/A_

Number    Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor 1 _Jimmie Lee Ellis_   Case number (if known) _20-199-13_

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** _Capital One_
Nonpriority Creditor's Name
_Attn: Bankruptcy_
_P.O. Box  30285_
Number   Street
_Salt Lake City   Ut   84130_
City   State   ZIP Code

Last 4 digits of account number _7 0 6 5_
When was the debt incurred? _06/99_

$ _0.00_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

**4.2** _Chase Mtg_
Nonpriority Creditor's Name
_P.O. Box 24696_
Number   Street
_Columbus   OH   43224_
City   State   ZIP Code

Last 4 digits of account number _5 0 1 5_
When was the debt incurred? _06/96_

$ _0.00_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Real Estate Mortgage_

Is the claim subject to offset?
☑ No
☐ Yes

**4.3** _Comenity Capital /mprc_
Nonpriority Creditor's Name
_P.O. Box 182125_
Number   Street
_Columbus   OH   43218_
City   State   ZIP Code

Last 4 digits of account number _3 4 7 9_
When was the debt incurred? _04/16_

$ _734.00_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Charge Account_

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 _Simmie___ _Lee___ _Loftis___    20-199-13

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.4**  Credit One Bank

Nonpriority Creditor's Name

Attn: Bankruptcy

P.O. Box  98873

Number    Street

Las Vegas        NV    89193

City    State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2 1 6 3    $ 487.00

When was the debt incurred?  03/14

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

**4.5**  Credit One Bank

Nonpriority Creditor's Name

Attn: Bankruptcy

P.O. Box  98873

Number    Street

Las Vegas        NV    89193

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  1 8 8 2    $ 827.00

When was the debt incurred?  07/11

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

**4.6**  First National Bank

Nonpriority Creditor's Name

Attn: Tina

1620 Dodge St; Mail Stop 4440

Number    Street

Omaha        NE    68197

City    State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4 2 4 8    $ 0.00

When was the debt incurred?  09/16

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of 9

Debtor 1  Jimmie Lee Ellis
First Name    Middle Name    Last Name

Case number (if known) 20-199-13

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7** First National Bank of Omaha
Nonpriority Creditor's Name
1620 Dodge St. Stop Code 3105
Number    Street
Omaha      NE      68197
City        State    ZIP Code

$1,386.46

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.8** Global Payments
Nonpriority Creditor's Name
P.O. Box 66118
Number    Street
Chicago      IL      60666
City        State    ZIP Code

$0.00

Last 4 digits of account number 1 1 0 4

When was the debt incurred? 06/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Returned Check

---

**4.9** Global Payments
Nonpriority Creditor's Name
P.O. Box 66118
Number    Street
Chicago      IL      60666
City        State    ZIP Code

$95.00

Last 4 digits of account number 1 1 0 3

When was the debt incurred? 06/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Returned Check

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1  _Jimmie__  _Lee_  _Ellis_
          First Name   Middle Name   Last Name

Case number (if known) _20-199-13_

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.0**  Global Payments
Nonpriority Creditor's Name

P.O. Box 66118
Number    Street

Chicago           IL          606666
City              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _1 1 0 4_     $ ∅.∅∅

When was the debt incurred?  _06/17_

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Returned check_

---

**4.1**  Global Payments
Nonpriority Creditor's Name

P.O. Box 66118
Number    Street

Chicago           IL          606666
City              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _1 1 0 3_     $ 95.∅∅

When was the debt incurred?  _06/17_

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Returned check_

---

**4.2**  Midnight Velvet
Nonpriority Creditor's Name
Swiss Colony / midnight velvet
1112 7th Avenue
Number    Street

Monroe           WI          53566
City              State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _4 2 9 0_     $ ∅.∅∅

When was the debt incurred?  _05/14_

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Charge Account_

---

Debtor 1    ___Jimmie Lee Gillis_____    Case number (if known) __20-199-13__

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

**4.13**    St Bk of TX

Nonpriority Creditor's Name

11950  Webb Chapel Road

Number    Street

Dallas        TX    75234

City        State    ZIP Code

Last 4 digits of account number __ __ __ __        $161,099.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

_____

Number    Street

_____

City        State    ZIP Code

Last 4 digits of account number __ __ __ __        $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

_____

Number    Street

_____

City        State    ZIP Code

Last 4 digits of account number __ __ __ __        $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1 ___ _Jimmie_ ___ _Lee_ _Ellk_ ___

Case number (if known) _24-19943_

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

| | |
|---|---|
| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number     Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| City                          State        ZIP Code | Last 4 digits of account number __ __ __ __ |

Debtor 1    _Jimmie Lee Ellis_    Case number *(if known)* _20-199-13_
First Name    Middle Name    Last Name

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $ 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $ 0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 164,121.46 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $ 164,121.46 |

Fill in this information to identify your case

Debtor _Jimmie____Lee___Elly_____
       First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Northern_ District of _Illinois_

Case number _20-199-13_
(if known)

☑ Check if this is an
  amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.1**

Name

Number    Street

City                    State    ZIP Code

**2.2**

Name

Number    Street

City                    State    ZIP Code

**2.3**

Name

Number    Street

City                    State    ZIP Code

**2.4**

Name

Number    Street

City                    State    ZIP Code

**2.5**

Name

Number    Street

City                    State    ZIP Code

Fill in this information to identify your case:

Debtor 1   Jimmie Lee Ellis
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   20-199-13
(If known)

☑ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                    State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

Check all schedules that apply:

**3.1**
Name   N/A
Number   Street
City   State   ZIP Code
☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
Name   N/A
Number   Street
City   State   ZIP Code
☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
Name   N/A
Number   Street
City   State   ZIP Code
☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Official Form 106H          Schedule H: Your Codebtors          page 1 of 1

**Fill in this information to identify your case:**

Debtor 1    Jimmie   Lee   Ellis
            First Name    Middle Name    Last Name

Debtor 2    First Name    Middle Name    Last Name
(Spouse, If filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number   20-199-13
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Real Estate | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Self-Employed | N/A |
| | **Employer's address** | 10112 S. Calhoun<br>Number   Street | Number   Street |
| | | Chicago IL 60617<br>City   State   ZIP Code | City   State   ZIP Code |
| | **How long employed there?** | 52 years | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ Ø | $ Ø |
| 3. Estimate and list monthly overtime pay. | 3. | +$ Ø | +$ Ø |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ Ø | $ Ø |

Debtor 1 _Jimmie Lee Ellis_    Case number (if known) _20-199-13_
First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here............................................→ 4. | $ Ø | $ Ø |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ Ø | $ Ø |
| 5b. Mandatory contributions for retirement plans | 5b. | $ Ø | $ Ø |
| 5c. Voluntary contributions for retirement plans | 5c. | $ Ø | $ Ø |
| 5d. Required repayments of retirement fund loans | 5d. | $ Ø | $ Ø |
| 5e. Insurance | 5e. | $ Ø | $ Ø |
| 5f. Domestic support obligations | 5f. | $ Ø | $ Ø |
| 5g. Union dues | 5g. | $ Ø | $ Ø |
| 5h. Other deductions. Specify: _____ | 5h. +$ Ø | + $ Ø |

| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ Ø | $ Ø |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ Ø | $ Ø |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $2,216.50 | $ Ø |
| 8b. Interest and dividends | 8b. | $ Ø | $ Ø |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ Ø | $ Ø |
| 8d. Unemployment compensation | 8d. | $ Ø | $ Ø |
| 8e. Social Security | 8e. | $ 713.00 | $ Ø |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ Ø | $ Ø |
| 8g. Pension or retirement income | 8g. | $ Ø | $ Ø |
| 8h. Other monthly income. Specify: Brother ($80); Grandson ($3,000) | 8h. +$ 1,000.00 | +$ Ø |

| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $7,809.50 | $ Ø |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $7,809.50 + $ Ø = $7,809.50 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. + $ Ø

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $7,809.50

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

Official Form 106I    Schedule I: Your Income    page 2

In re   Jimmie L. Ellis                                      Case No.  20-199-13

_____
                Debtor(s)

## SCHEDULE I - YOUR INCOME
### Attachment A

**Property**

**9922 S Paxton**

| | | |
|---|---|---|
| House | Sandra Baker | $400.00 |
| Taxes | | $150.00 |
| Ins | | $ 50.00 |
| Water | | $ 34.00 |

**10122 South Calhoun**

| | | |
|---|---|---|
| House | Vacant | $.00 |
| Taxes | | $150.00 |
| Ins | | $ 50.00 |
| Water | | $ 34.00 |

**1650 West 61st Street**

| | | |
|---|---|---|
| 1st & 2nd floor | Linda Dennis | $ 700.00 |
| Taxes | | $200.00 |
| Ins | | 72.00 |
| Water | | 68.00 |

**10000 S Hoxie**

| | | |
|---|---|---|
| House | Vacant | $1,200.00 |
| Taxes | | $154.00 |
| Ins | | $ 50.00 |
| Water | | $ 34.00 |

**10044 S Yates**

| | | |
|---|---|---|
| House | Vacant | $.00 |
| Taxes | | $205.00 |
| Ins | | $ 50.00 |
| Water | | $ 34.00 |

*Debtor: Jimmie Lee Ellis   Case # 20-199-13* (handwritten)

**9726 S Chappel**

| | | | |
|---|---|---|---|
| Townhouse | Art Williams | $950.00 | |
| Mortgage | | | $ 229.69 |
| Ins | | | $ 56.00 |
| Taxes | | | $ 145.00 |
| Water | | | $ 34.00 |

**130 West 110th Pl**

| | | | |
|---|---|---|---|
| 2-flat | Vacant | $.00 | |
| Taxes | | | $145.00 |
| Ins | | | $100.00 |
| Mortgage | | | $328.00 |

**1104 West 104th Street**

| | | | |
|---|---|---|---|
| House | Taura Collins | $1,200.00 | |
| Ins | | | $ 56.00 |
| Taxes | | | $145.00 |
| Water | | | $ 34.00 |

**8637 S Colfax**

| | | | |
|---|---|---|---|
| | Vacant | $.00 | |
| 2-flat (2 unit vacant) | | | |
| Ins. | | | $ 56.00 |
| Taxes | | | $250.00 |
| Water | | | $100.00 |

| Total | | $4,450.00 | ($2233.50) | Net $2,216.50 |
|---|---|---|---|---|

**Fill in this information to identify your case**

| | |
|---|---|
| Debtor 1 | _Jimmie_ _Lee_ _Ellis_ |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name   Middle Name   Last Name | |

United States Bankruptcy Court for the: _Northern_ District of _Illinois_

Case number _20-199-13_
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:
    _____
    MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Friend | 80yrs | ☐ No   ☑ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ 15.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 93.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 22.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0 |

Debtor 1    _Jimmie  Lee  Ellis_
First Name    Middle Name    Last Name            Case number (if known) _20-199-13_

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ ∅ |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 150.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 62.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 44.00 |
| 6d. Other. Specify: _____ | 6d. | $ ∅ |
| 7. Food and housekeeping supplies | 7. | $ 268.00 |
| 8. Childcare and children's education costs | 8. | $ ∅ |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 95.00 |
| 10. Personal care products and services | 10. | $ 36.00 |
| 11. Medical and dental expenses | 11. | $ 45.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 150.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 30.00 |
| 14. Charitable contributions and religious donations | 14. | $ ∅ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 50.00 |
| 15b. Health insurance | 15b. | $ ∅ |
| 15c. Vehicle insurance | 15c. | $ 40.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ ∅ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ ∅ |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ ∅ |
| 17b. Car payments for Vehicle 2 | 17b. | $ ∅ |
| 17c. Other. Specify: _____ | 17c. | $ ∅ |
| 17d. Other. Specify: _____ | 17d. | $ ∅ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ ∅ |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. | $ ∅ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | $ ∅ |
| 20b. Real estate taxes | 20b. | $ ∅ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ ∅ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 500.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ ∅ |

Debtor 1    *Jimmie Lee Ellis*    Case number *(if known)* *20-199-13*
            First Name   Middle Name   Last Name

21. Other. Specify: _____    21.  +$  *∅*

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  $ *1723⁰⁰*

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ *∅*

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ *1723⁰⁰*

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ *7,809.50*

    23b. Copy your monthly expenses from line 22c above.    23b.  −$ *1723⁰⁰*

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c.  $ *6,086⁵⁰*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.    _____
    ☑ Yes.   Explain here:
             *With the surrendering of 4 of my properties listed in this
             bankruptcy, which are major sources contributing to my income, my
             income will decrease.*

20-19913 Jimmie L. Ellis
Case type: bk Chapter: 13 Asset: Yes Vol: v Honorable Judge: Timothy A. Barnes
Date filed: 11/07/2020 Date of last filing: 11/04/2021

# Creditors

Bank of New York Mellon Trust Company
PHH Mortgage Services
P.O. Box 24606
West Palm Beach, FL 33416

(29433942)
(cr)

Bank of New York Mellon Trust Company, N.A. as Tru
Compu- Link Corporation D/B/A Celink
Attn: Bankruptcy Department
101 West Louis Henna Blvd Ste #450
Austin, TX 78728

(29160460)
(cr)

BT Liens
6474 Cape Cod CT
Lisle, IL 60532

(29108073)
(cr)

BT Liens LLC
c/o William Budicin
6474 Cape Cod Ct
Lisle, IL 60532

(29108074)
(cr)

BT LIens LLC
c/o Tingate Jue
1221 Millet St
Naperville, IL 60563

(29108075)
(cr)

Calvary SPV LLC
508 Summit Lake Dr
Ste 400
Valhalla, NY 10595

(29108076)
(cr)

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

(29108077)
(cr)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

(29110966)
(cr)

Chase Mtg
P.o. Box 24696
Columbus, OH 43224

(29108078)
(cr)

CIT Bank, N.A.
2900 Esperanza Crossing
Austin, TX 78758

(29108079)
(cr)

City of Chicago Department of Finance

(29159943)

Utility Billing & Customer Service Divis                (cr)
121 N. LaSalle St., Suite 400
Chicago, IL 60602

**City of Chicago Water Dept**                          (29108080)
333 S State                                             (cr)
Chicago, IL 60680-1292

**Codilis Assoc.**                                      (29108081)
15 W 030 N Frontage                                     (cr)
Suite 100
Burr Ridge, IL 60527

**Comenity Capital/mprc**                               (29108082)
Po Box 182125                                           (cr)
Columbus, OH 43218

**Cook County Land Bank Authority**                     (29108083)
69 W. Washington Street                                 (cr)
Suite 2938
Chicago, IL 60602

**Cook County Treasurer**                               (29346887)
118 N Clark Rm 112                                      (cr)
Chicago, IL 60602

**Credit One Bank**                                     (29108084)
Attn: Bankruptcy                                        (cr)
Po Box 98873
Las Vegas, NV 89193

**First National Bank**                                 (29108085)
Attn: Tina                                              (cr)
1620 Dodge St Mailstop 4440
Omaha, NE 68197

**First National Bank of Omaha**                        (29108086)
1620 Dodge St                                           (cr)
Stop Code 3105
Omaha, NE 68197

**Global Payments**                                     (29108087)
Po Box 66118                                            (cr)
Chicago, IL 60666

**Intercoastal Equity LLC**                             (29108088)
1014 Norththrope Drive                                  (cr)
Atlanta, GA 30324

**Intercoastal Equity LLC**                             (29108089)
c/o CT Corporation System                               (cr)
208 S. LaSalle Street - Ste. 814
Chicago, IL 60604

**Intercoastal Equity LLC**                             (29108090)
c/o Ravi J. Mallik                                      (cr)
1014 Northrope Drive
Atlanta, GA 30324

Kluever & Platt
150 N Michigan
Suite 2600
Chicago, IL 60601

(29108091)
(cr)

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(29191995)
(cr)

Manley Deas Kochalski LLC
P.O. box 165028
Columbus, OH 43216-5028

(29108092)
(cr)

Manufacturers and Traders Trust
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(29133790)
(cr)

Manufacturers and Traders Trust Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(29128927)
(cr)

Manufacturers and Traders Trust Company
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

(29113773)
(ntcapr)

Midnight Velvet
Swiss Colony/Midnight Velvet
1112 7th Ave
Monroe, WI 53566

(29108093)
(cr)

NewRez DBA Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

(29122163)
(cr)

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(29432083)
(cr)

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(29430160)
(cr)

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

(29185425)
(cr)

Sabre Investements LLC
120 W Madison Street
Suite 918
Chicago, IL 60602

(29108094)
(cr)

Select Portfolio Servicing, Inc
Po Box 65250

(29108095)
(cr)

Salt Lake City, UT 84165

**SMM-Tax Inc**
c/o Matthew Connelly
312 N Clark - Ste 2200
Chicago, IL 60654

(29108096)
(cr)

**SMM-Tax Inc**
Mark Wubbolding
393 Addison Rd
Riverside, IL 60546

(29108098)
(cr)

**SMM-Tax Inc**
Samuel Tornaturo
402 Midwest Club Prkwy
Oak Brook, IL 60523

(29108097)
(cr)

**St Bk Of Tx**
11950 Webb Chapel Road
Dallas, TX 75234

(29108099)
(cr)

**The Bank of Missouri**
PO Box 105555
Atlanta, GA 30348

(29159755)
(cr)

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jimmie L. Ellis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |

Case number   20-19913
(if known)

☒ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes  Name of person _____     Attach Bankruptcy Petition Preparer's Notice,
                                                  Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Jimmie Ellis_____          X _____
   Jimmie L. Ellis                             Signature of Debtor 2
   Signature of Debtor 1

   Date  01-25-22                              Date

Official Form 106Dec          Declaration About an Individual Debtor's Schedules