FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 23 2022

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Fill in this information to identify your case:

Debtor 1: Jimmie Lee Ellis
Debtor 2 (Spouse, if filing): _____
United States Bankruptcy Court for the: Northern District of Illinois
Case number (if known): 20-19913

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>if any |
|---|---|---|---|
| **2.1** Bank of NY Mellon Trust Company, N.A.<br>Creditor's Name<br>14405 Walters Rd, Suite 200<br>Number  Street<br>c/o Reverse Mortgage Solutions, LLC<br>c/o Citibank, N.A. / HH Mortgage<br>Houston  TX  77014<br>City  State  ZIP Code | Describe the property that secures the claim:<br>10112 S. Calhoun Ave, Chgo, IL, 60617. Cook County.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130,767.76 | $50,000.00 | $50,000.00 |

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Reverse Mortgage

Date debt was incurred _____   Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** State Bank of Texas<br>Creditor's Name<br>11950 Webb Chapel Road<br>Number  Street<br><br>Dallas  TX  75234<br>City  State  ZIP Code | Describe the property that secures the claim:<br>1134 W. 112th Place, Chgo, IL 60617<br>Cook County.<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,000.00 | $14,000.00 | $14,000.00 |

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

PAID
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 23 2022
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Add the dollar value of your entries in Column A on this page. Write that number here: $144,767.76

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 14

Debtor 1  **Jimmie Lee Ellis**
　　　　　First Name  Middle Name  Last Name

Case number (if known) **20-19913**

**Part 1: Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3**

Creditor's Name: **City of Chicago Dept of Finance Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St, Suite # 400**
City/State/ZIP: **Chicago, IL 60602**

Describe the property that secures the claim:
**2548 E. 96th Street, Chgo, IL, 60617. Town house. Cook county. Debtor will keep this property.**

$ **15,727.95**    $ **20,000.00**    $ **7,727.95**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Water Service**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**2.4**

Creditor's Name: **City of Chicago Dept of Finance Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St, Suite # 400**
City/State/ZIP: **Chicago, IL 60602**

Describe the property that secures the claim:
**134 W. 114th place, Chgo, IL, 60628, cook county. Debtor will surrender this property.**

$ **15,419.00**    $ **17,500.00**    $ **15,419.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Water Service**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**2.5**

Creditor's Name: **City of Chicago Dept of Finance Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St, Suite # 400**
City/State/ZIP: **Chicago, IL 60602**

Describe the property that secures the claim:
**9922 S. Paxton, Chgo, IL, 60617. Debtor will keep this property.**

$ **15,843.86**    $ **40,000.00**    $ **10,843.86**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Water Service**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ **46,990.81**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ **N/A**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **2** of **14**

Debtor 1: Jimmie Lee Ellis

Case number (if known): 20-19913

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.6**
Creditor's Name: City of Chicago Dept of Finance Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St, Suite 400
City/State/ZIP: Chicago, IL 60602

Column A: $24,007.15    Column B: $25,000.00    Column C: $8,270.37 (?) / $270.37 (?)

Describe the property that secures the claim: 1650 W. 61st Street, Chgo, IL 60636 Cook County - 2-Flat. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Water Service

Date debt was incurred ___    Last 4 digits of account number ___

**2.7**
Creditor's Name: City of Chicago Dept of Fin Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St, Suite 400
City/State/ZIP: Chicago, IL 60602

Column A: $14,530.00    Column B: $50,000.00    Column C: $8,530.00

Describe the property that secures the claim: 1012 S. Calhoun Ave, Chgo, IL 60612. Reverse mortgage. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Water Service

Date debt was incurred ___    Last 4 digits of account number ___

**2.8**
Creditor's Name: City of Chicago Dept of Fin Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St, Suite 400
City/State/ZIP: Chicago, IL 60602

Column A: $7,205.71    Column B: $25,000.00    Column C: $7,205.71

Describe the property that secures the claim: 10000 S. Hoxie, Chgo, IL 60617. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Water Service

Date debt was incurred ___    Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here: **$55,742.86**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **N/A**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 14

Debtor 1 __Jimmie Lee Ellis__   Case number (if known) __20-19913__

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|

**2.9** City of Chicago Dept of Fin.  
Creditor's Name  
Utility Billing & Customer Ser  
121 N. LaSalle St, Suite # 400  
Chicago, IL 60602

Describe the property that secures the claim: $16,549.84  $30,000.00  $16,549.84
10044 S. Yates, Chgo, IL, 60617.
Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number ____

**2.10** City of Chicago Dept of Fin.  
Creditor's Name  
Utility Billing & Customer Service  
121 N. LaSalle St, Suite # 400  
Chicago, IL 60602

Describe the property that secures the claim: $40,630.21  $35,000.00  $30,000.00
8637 S. Colfax, Chgo, IL, 60617.
Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number ____

**2.11** City of Chicago Dept of Fin.  
Creditor's Name  
Utility Billing & Customer Ser  
121 N. LaSalle St, Suite # 400  
Chicago, IL 60602

Describe the property that secures the claim: $21,644.70  $25,000.00  $11,000.00
1104 W. 104th St, Chgo, IL, 60643.
No Lien. PIN # 25-17-202-040-0000.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here: **$78,824.75**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **N/A**

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page __4__ of __14__

Debtor 1 __Jimmie Lee Ellis__
First Name  Middle Name  Last Name

Case number (if known) __20-19913__

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.12** City of Chicago Dept of Fin — $30,629.27 — $32,000.00 — $1,629.27

Creditor's Name: Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St Suite 400
City/State/ZIP: Chicago IL 60602

Describe the property that secures the claim: 11427 S. Yale, Chgo, IL 60628. No Liens. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____  Last 4 digits of account number ____

---

**2.13** City of Chicago Dept of Fin — $7,191.03 — $25,000.00 — $7,191.03

Creditor's Name: Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St Suite 400
City/State/ZIP: Chicago IL 60602

Describe the property that secures the claim: 9726 S. Chapel Rd, Chgo, IL 606__. PIN# 25-12-208-027-0000. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____  Last 4 digits of account number ____

---

**2.14** City of Chicago Dept of Fin — $4,823.31 — $40,000.00 — $3,000.00

Creditor's Name: Utility Billing & Customer Serv
Number/Street: 121 N. LaSalle St Suite 400
City/State/ZIP: Chicago IL 60602

Describe the property that secures the claim: 5707 S. Bishop, Chgo, IL 60636. Debtor will keep this property.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____  Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here: $42,643.61

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: N/A

Official Form 106D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 5 of 14

Debtor 1 __Jimmie Lee Ellis__
    First Name   Middle Name   Last Name

Case number (if known) __20-19913__

### Part 1: Additional Page
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.15**
Creditor's Name: **City of Chicago Dept of Fin**
**Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St Suite 400**
City/State/ZIP: **Chicago IL 60602**

Describe the property that secures the claim:
**10542 S. Wentworth, Chgo, IL, 60628; Debtor will surrender this property.**

Column A: $17,467.77   Column B: $50,000.00   Column C: $15,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number __ __ __ __

---

**2.16**
Creditor's Name: **City of Chicago Dept of Fin**
**Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St Suite 400**
City/State/ZIP: **Chicago IL 60602**

Describe the property that secures the claim:
**9724 S. Merrill Ave, Chgo, IL, Cook County; No liens. Debtor will keep this property.**

Column A: $17,592.53   Column B: $45,000.00   Column C: $7,592.33

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number __ __ __ __

---

**2.17**
Creditor's Name: **City of Chicago Dept of Finance**
**Utility Billing & Customer Service**
Number/Street: **121 N. LaSalle St Suite 400**
City/State/ZIP: **Chicago IL 60602**

Describe the property that secures the claim:
**10112 S. Calhoun, Chgo, IL, 60617; PIN# 25-12-421-027-0000; Debtor will keep this property.**

Column A: $1,106.62   Column B: $50,000.00   Column C: $0

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Date debt was incurred _____   Last 4 digits of account number __ __ __ __

Add the dollar value of your entries in Column A on this page. Write that number here: **$36,166.92**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **N/A**

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page __6__ of __14__

Debtor 1 __Jimmie Lee Ellis__
         First Name   Middle Name   Last Name

Case number (if known) __20-19913__

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.18** Creditor's Name: __City of Chicago Dept of Water Utility Billing & Customer Service__
Number/Street: __121 N LaSalle St Suite 400__
City: __Chicago__  State: __IL__  ZIP Code: __60602__

Describe the property that secures the claim:
__130 W. 110th Place Chgo, IL 60628.
Debtor will keep this property.__

Column A: $28,872.38   Column B: $40,000.00   Column C: $20,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Water Service__

Last 4 digits of account number ___ ___ ___ ___

---

**2.19** Creditor's Name: __Cook County Land Bank Authority__
Number/Street: __69 W. Washington Street Suite # 2938__
City: __Chicago__  State: __IL__  ZIP Code: __60602__

Describe the property that secures the claim:
__1104 W 104th St, Chgo, IL, 60643.
No Liens. PIN # 25-17-202-404-0000.__

Column A: $13,192.86   Column B: $30,000.00   Column C: _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Real Estate Taxes__

Last 4 digits of account number __0 0 0 0__

---

**2.20** Creditor's Name: __Cook County Treasurer__
Number/Street: __118 N. Clark Rm 112__
City: __Chicago__  State: __IL__  ZIP Code: __60602__

Describe the property that secures the claim:
__10000 S. Hoxie, Chgo, IL, 60617.
PIN # 26-07-158-056-0000__

Column A: $826.64   Column B: $25,000.00   Column C: $826.64

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) __Real Estate Taxes__

Last 4 digits of account number __0 0 0 0__

Add the dollar value of your entries in Column A on this page. Write that number here: **$42,891.88**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **N/A**

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page __7__ of __14__

Debtor 1 **Jimmie Lee Ellis**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) **20-19913**

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Creditor's Name: **Cook County Treasurer**
Number/Street: **118 N. Clark**
**Rm 112**
City/State/ZIP: **Chicago IL 60602**

Describe the property that secures the claim:
**9726 S. Chapel Rd, Chgo, IL 60628**
**PIN # 25-12-208-027-0000**

Column A: $**5,331.15**　Column B: $**25,000.00**　Column C: $**5,331.15**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number **0 0 0 0**

---

**2.2** Creditor's Name: **Cook County Treasurer**
Number/Street: **118 N. Clark**
**Rm 112**
City/State/ZIP: **Chicago IL 60602**

Describe the property that secures the claim:
**10112 S. Calhoun, Chgo, IL 60617.**
**PIN # 25-12-421-037-0000. Debtor will keep this property.**

Column A: $**941.08**　Column B: $**50,000.00**　Column C: $**0**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number **0 0 0 0**

---

**2.3** Creditor's Name: **Intercoastal Equity, LLC**
Number/Street: **1014 Northrope Drive**
City/State/ZIP: **Atlanta GA 30324**

Describe the property that secures the claim:
**8637 S. Colfax, Chgo, IL 60617.**
**2-Flat. Debtor will keep this property.**

Column A: $**19,814.00**　Column B: $**35,000.00**　Column C: $**14,814.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number **0 0 0 0**

---

Add the dollar value of your entries in Column A on this page. Write that number here: $**26,086.23**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $**N/A**

Official Form 106D　　Additional Page of Schedule D: Creditors Who Have Claims Secured by Property　　page **8** of **14**

Debtor 1 __Jimmie Lee Ellis__ Case number (if known) __20-19913__

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.4** Creditor's Name: __Sabre Investments, LLC__
Number/Street: __120 W. Madison Street__
__Suite 918__
City/State/ZIP: __Chicago IL 60602__

Describe the property that secures the claim: __10044 S. Yates, Chgo, IL, 60617. Debtor will keep this property.__

Column A: $ __8,743.77__  Column B: $ __30,000.00__  Column C: $ __3,743.77__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

---

**2.5** Creditor's Name: __Select Portfolio Servicing, LLC__
Number/Street: __P.O. Box 65250__
City/State/ZIP: __Salt Lake City, UT, 84165__

Describe the property that secures the claim: __9726 S. Chapel Rd, Chgo, IL, 60617. Debtor will keep this property.__

Column A: $ __43,516.75__  Column B: $ __25,000.00__  Column C: $ __31,038.93__ (?)

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number __3__ __6__ __8__ __0__

---

**2.6** Creditor's Name: __Select Portfolio Servicing, LLC__
Number/Street: __P.O. Box 65250__
City/State/ZIP: __Salt Lake City, UT, 84165__

Describe the property that secures the claim: __130 W 110th Place, Chgo, IL 60628. Debtor will keep this property.__

Column A: $ __20,129.94__  Column B: $ __25,000.00__  Column C: $ __10,129.94__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) __First Mortgage__

Date debt was incurred _____  Last 4 digits of account number __1__ __8__ __1__ __4__

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ __72,390.46__

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ __N/A__

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page __9__ of __14__

Debtor 1: Jimmie Lee Elk

Case number (if known): 20-19913

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.21** SBS Properties, LLC
P.O. Box 1285
C/o Bach Law Offices
Northbrook, Illinois 60062

Describe the property that secures the claim:
1650 W. 61st Street Chgo, IL 60636, 2-Flat. Debtor will keep this property.

Amount of claim: $8,270.37
Value of collateral: $25,000.00
Unsecured: $0

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 0 0 0 0

---

**2.28** St. Bk of TX
11950 Webb Chapel Rd
Dallas, TX 75234

Describe the property that secures the claim:
10000 S. Hoxie, Chgo, IL 60617. Debtor will keep this property.

Amount of claim: $31,000.00
Value of collateral: $25,000.00
Unsecured: $20,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) First Mortgage

Last 4 digits of account number: 0 5 0 4

---

**2.29** St. Bk of TX
11950 Webb Chapel Rd
Dallas, TX 75234

Describe the property that secures the claim:
1650 W. 61st Street Chgo, IL 60612. Debtor will keep this property.

Amount of claim: $25,000.00
Value of collateral: $25,000.00
Unsecured: $15,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $64,270.37

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: N/A

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 10 of 14

Debtor 1 __Jimmie Lee Ellis__    Case number (if known) __20-19913__

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim
Column C — Unsecured portion if any

---

**2.30** Creditor's Name: __St BK of TX__
Number/Street: __11950 Webb Chapel Rd__
City/State/ZIP: __Dallas, TX, 75234__

Describe the property that secures the claim: __9922 S. Paxton, Chgo, IL, 60617. Debtor will keep this property.__

Column A: $35,000.00   Column B: $40,000.00   Column C: $20,000.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number __0 5 0 4__

---

**2.31** Creditor's Name: __St BK of TX__
Number/Street: __11950 Webb Chapel Rd__
City/State/ZIP: __Dallas, TX, 75234__

Describe the property that secures the claim: __10044 S. Yates, Chgo, IL, 60617. Debtor will keep this property.__

Column A: $25,000.00   Column B: $30,000.00   Column C: $10,000.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __First Mortgage__

Date debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

---

**2.32** Creditor's Name: __St BK of TX__
Number/Street: __11950 Webb Chapel Rd__
City/State/ZIP: __Dallas, TX, 75234__

Describe the property that secures the claim: __2548 E. 96th St, Chgo, IL, 60617. Town house. Debtor will keep this property.__

Column A: $12,000.00   Column B: $20,000.00   Column C: $8,000.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ __72,000.00__

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ __N/A__

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page __11__ of __14__

Debtor 1: Jimmie Lee Ellis
Case number (if known): 20-19913

### Additional Page — Part 1

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

Column A — Amount of claim (Do not deduct the value of collateral)
Column B — Value of collateral that supports this claim
Column C — Unsecured portion if any

**2.3** St Bk of TX
11950 Webb Chapel Rd
Dallas, TX 75234

Describe the property that secures the claim: 10542 S. Wentworth Ave, Chgo, IL, 60628. Debtor will surrender this property.

Column A: $8,000.00     Column B: $50,000.00     Column C: $3,000.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) First Mortgage

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**2.4** St Bk of TX
11950 Webb Chapel Rd
Dallas, TX 75234

Describe the property that secures the claim: 5707 S. Bishop, Chgo, IL, 60636. Debtor will surrender this property.

Column A: $8,000.00     Column B: $40,000.00     Column C: $750.00

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) First Mortgage

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**2.5** City of Chicago Dept of Fin
121 N. State Street
Suite #400
Chicago, IL 60602

Describe the property that secures the claim: 10108 S. Calhoun, Chgo IL, Cook County

Column A: $6,460.50     Column B: $25,000.00     Column C: _____

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $22,460.50

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $105,235.65

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 12 of 14

Debtor 1 __Jimmie Lee Ellis__
    First Name   Middle Name   Last Name

Case number (if known) __20-19913__

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name: **Codilis Associates / c/o Citibank, N.A.**
Number/Street: **15 W. 030 N. Frontage Road**
**Suite # 100**
City/State/ZIP: **Burr Ridge, IL 60527**
On which line in Part 1 did you enter the creditor? __2.1__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: **Intercoastal Equity, LLC / c/o Ravi J. Malik**
Number/Street: **1014 Nothrope Drive**
City/State/ZIP: **Chicago IL 60604**
On which line in Part 1 did you enter the creditor? __2.23__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: **Intercoastal Equity, LLC / c/o CT Corporation System**
Number/Street: **208 S. LaSalle Street**
**Suite 814**
City/State/ZIP: **Chicago IL 60604**
On which line in Part 1 did you enter the creditor? __2.23__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: **Klever & Platt / c/o Select Portfolio Servicing, Inc.**
Number/Street: **150 N. Michigan**
**Suite # 2600**
City/State/ZIP: **Chicago IL 60601**
On which line in Part 1 did you enter the creditor? __2.26__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: **Manley Deas Kochalski LLC / c/o Select Portfolio Servicing, Inc.**
Number/Street: **P.O. Box 165028**
City/State/ZIP: **Columbus, OH 43216-5028**
On which line in Part 1 did you enter the creditor? __2.25__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: **Manufacturers & Traders Trust / c/o Select Portfolio Servicing, Inc.**
Number/Street: **P.O. Box 65250**
City/State/ZIP: **Salt Lake City, UT 84165-0250**
On which line in Part 1 did you enter the creditor? __2.25__
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D     Part 2 of Schedule D: Creditors Who Have Claims Secured by Property     page 13 of 14

Debtor 1  __Jimmie Lee Ellis__
         First Name  Middle Name  Last Name

Case number (if known) __20-19913__

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name: __Manufacturers & Traders Trust__
Number/Street: __P.O. Box 65250__
__c/o Select Portfolio Servicing, Inc.__
City/State/ZIP: __Salt Lake City, UT 84165-0250__

On which line in Part 1 did you enter the creditor? __2.26__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: __SMM-TAX, Inc. / c/o Samuel Tornatoro__
Number/Street: __402 Midwest Club Parkway__
City/State/ZIP: __Oakbrook, IL 60523__

On which line in Part 1 did you enter the creditor? __2.27__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: __SMM-TAX, Inc./__
Number/Street: __393 Addison Road__
__c/o Mark Wubbolding__
City/State/ZIP: __Riverside, IL 60546__

On which line in Part 1 did you enter the creditor? __2.27__
Last 4 digits of account number ___ ___ ___ ___

☐ Name: __AXERT LLC, - 431P Series by__
Number/Street: __Atty Paul Bach__
__P.O. Box 1285__
City/State/ZIP: __Northbrook, IL 60062__

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name: __SBS Properties, LLC by__
Number/Street: __Atty Paul M. Bach - Bach Law Office__
__P.O. Box 1285__
City/State/ZIP: __Northbrook, IL 60062__

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name: __City of Chicago - Dept of Law, Celia Meza__
Number/Street: __Corp Council, 121 N. LaSalle, Ste 400__
City/State/ZIP: __Chgo, IL 60602__

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page 14 of 14